# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Stella Khaimova

                Plaintiff,

v.                                             Case No.: 1:21–cv–05268
                                                        Honorable Thomas M. Durkin

Anheuser–Busch, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 28, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Consent motion to extend pending deadlines [12] is granted. The deadline for Defendant's responsive pleading is extended from 2/11/2022 to 5/12/2022. The Joint Status Report deadline is extended from 2/18/2022 to 5/19/2022. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.